### First Department, August, 1980

(August 7, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HARRIS, Appellant.—Judgment, Supreme Court, New York County, rendered on April 3, 1978, unanimously affirmed. (See *People v Thomas,* 50 NY2d 467; *People v Barnes,* 50 NY2d 375; *People v Von Werne,* 41 NY2d 584). Concur—Murphy, P. J., Kupferman, Markewich and Silverman, JJ.